**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CIVIL CASE NO. 1:00cv249**

| | |
|---|---|
| **WEAVER, BENNETT & BLAND, P.A.,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**SPEEDY BUCKS, INC.,** *et. al.*, )<br>)<br>Defendants. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' responses to the Order of May 4, 2006.

In that Order, the undersigned requested responses to a series of questions. Those issues and the parties' responses are addressed sequentially.

The Court inquired whether the parties deemed an additional period of discovery necessary in view of the remand from the Fourth Circuit Court of Appeals. Both sides responded that new discovery would be required and agreed that a sixty day period would be appropriate.

The Court inquired whether a hearing would be necessary. Again, both sides have concluded that a hearing is required.

In response to the question of whether further legal briefing would be required, the parties again agreed that such would be necessary.

While Plaintiffs' counsel has advised that he will be unavailable the week of July 17, 2006, that issue is moot in view of the sixty day period of discovery.

**IT IS, THEREFORE, ORDERED** that the parties may engage in a period of consensual discovery for sixty days from entry of this Order.

**IT IS FURTHER ORDERED** after the conclusion of the discovery period, the Clerk of Court shall schedule a hearing of this matter.

**IT IS FURTHER ORDERED** that on or before one week prior to the hearing, the parties may, but are not required to, file memoranda of law not to exceed twelve double-spaced pages in length. No other filings shall be allowed absent prior permission from the Court.

Signed: May 19, 2006

Lacy H. Thornburg
United States District Judge